in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SOL L. YOUNGENTOB v. VINCENT J. LUONGO.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN SAFRANEK, an Infant, etc., and WILLIAM SAFRANEK v. AMALIE KRAUS.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELBERT B. KIP v. HARMON NATIONAL REAL ESTATE CORPORATION.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FAY BECHTOL NEY v. K. WINFIELD NEY.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISAAC AGOADO, an Infant, by CHARLES AGOADO, His Guardian ad Litem, v. MORRIS COHEN and THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID HART v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONN., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRVING WAXBERG v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley.

DORA FEINBERG v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Impleaded, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS E. GALLO, INC., v. LYDIG AVENUE BUILDING CORPORATION and Others. — Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELSA KARCHER MANTIUS v. OTTO MANTIUS.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CATHERINE BARTOLI and Another v. VENETIAN REALTY AND CONSTRUCTION COMPANY.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Proving the Last Will and Testament of MARY R. BEERS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before September 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ANNA PROCARIO against ANGELO COLANERI, President, and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID HART v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONN. and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAUL S. VAN BAARN v. WESLEY L. WHEELER and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.